UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA K. SKAAR,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | CASE NO. 14-cv-05194 BJR JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

    This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 20.)

    After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1       Based on the stipulation of the parties, the Acting Commissioner's decision in regard to plaintiff's application for disability insurance benefits pursuant to Title XVI of the Social Security Act should be REVERSED and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings. Following remand, the Administrative Law Judge will be directed to consider further the medical opinions in the record, and if necessary, consult a medical expert to determine the nature, severity, and limiting effects, if any, of medically determinable impairments; evaluate further claimant's maximum residual functional capacity, with specific reference to the opinion evidence of record in support of the assessed limitations, and clearly articulate the weight accorded such evidence; and, in so doing, the ALJ will evaluate further claimant's subjective complaints pursuant to SSR 96-7p. The ALJ will also reevaluate the step 5 findings and obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on the occupational base.

      Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and **REVERSE** the Acting Commissioner's decision and **REMAND** to the Acting Commissioner for further administrative proceedings consistent with this Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated this 10th day of September, 2014.

*[signature]*

J. Richard Creatura
United States Magistrate Judge