UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA K. SKAAR,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>                    Defendant. | CASE NO. 14-cv-05194 BJR<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF No. 20), and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further proceedings consistent with the Report and Recommendation; and

(3)     The Clerk is directed to enter Judgment and close this case.

Dated this 10th day of September, 2014

_Barbara Jacobs Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2